## Exhibit A to the Complaint

**Location:** Wantagh, NY  
**Total Works Infringed:** 27  
**IP Address:** 71.190.224.142  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash: 685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 09-21-2021 13:05:14 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 2 | Info Hash: D306BA77FFF8FB1950408ABBB8A5B60FCC00B122<br>File Hash: 62F978246DFABCFA5E6D15572F70F8A97ADFD0D485406942557FD8BF6E48BE77 | 09-21-2021 05:06:25 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 3 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 08-20-2021 04:16:15 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 4 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 08-20-2021 04:01:22 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 5 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 08-11-2021 22:12:35 | Tushy | 02-05-2018 | 02-20-2018 | PA0002104194 |
| 6 | Info Hash: 1A0041630B2C6445C2EB513D93271F272FFDE8C4<br>File Hash: A30F7FA9C7C225942785901BAD99D2BB806E71721C8D16DFD39BAB1DBD7D426A | 06-22-2021 03:58:22 | Vixen | 09-26-2017 | 10-10-2017 | PA0002085861 |
| 7 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 06-19-2021 21:54:58 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 8 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 06-12-2021 12:52:49 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C66CA2CE09B81F87057E3DBC47402AA25DE54D57<br>File Hash: A71363233F419874D8EA12725DBFD77A9D194DCF36957AD861E77A5D4B1684AA | 06-03-2021 23:18:38 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 10 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 05-14-2021 06:56:38 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 11 | Info Hash: 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547<br>File Hash: 635645BD66306827A556824736881431BCF40C345A9E95FE577FB99277BC798C | 05-07-2021 22:06:43 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 12 | Info Hash: 4F9E9DB316FAAFC015DECF326C5FA61F4AC57C62<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 05-06-2021 08:00:51 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 13 | Info Hash: 6C5115AFADCAA1FA67725BC6C2B0073CFA71E606<br>File Hash: 090968F117734F203D4ED16A3E8DCBA764959540B33358B3DD67DD8CF7FF88C2 | 05-03-2021 04:19:50 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 14 | Info Hash: E63EC9D2B5CB0BA25BF272B3E0774FF51049475D<br>File Hash: 45332DBE9A40F8CA0ECCAE1A2D3C1E5AE79D3872662C3F0C21E055611AF1D24E | 04-29-2021 14:01:34 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 15 | Info Hash: 381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash: F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 03-24-2021 02:31:33 | Tushy | 11-27-2018 | 01-22-2019 | PA0002149851 |
| 16 | Info Hash: A0F6BF8070A998876C36DED0B2A2F4012225842A<br>File Hash: C71BAF795637D02AEBE3D01FCEEC84E2C8D3407A6EDBDEEF862BF17009D44792 | 02-17-2021 02:49:25 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 17 | Info Hash: 06A699F04233A269B959CFBD8EF524A5BAE9D731<br>File Hash: B723692E9D6892949F879FCEA92B1FE19361ABB754D298EC37F2A99AE416B9BE | 02-06-2021 17:21:17 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 01-15-2021 03:23:56 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 19 | Info Hash: D9E6C89D800F198B3963C0129111D296C3830B1B<br>File Hash: 1FB697D7471A2E39B8C66FE7BEAA6AC696275A30A51A1843749723A4238E2D03 | 12-23-2020 14:11:15 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 20 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash: ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 12-07-2020 04:51:02 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 21 | Info Hash: 99B72BB53FD0577AABEEF2BF2BC561C497998D6B<br>File Hash: 42E29241F265A15DDB97D2AAFA31EAC759D1D08AB9D1E7692E14CD80ACC35CD1 | 12-07-2020 04:49:57 | Vixen | 11-30-2018 | 12-18-2018 | PA0002141918 |
| 22 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 11-28-2020 05:05:40 | Blacked Raw | 10-14-2018 | 11-01-2018 | PA0002143424 |
| 23 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 11-25-2020 06:59:03 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 24 | Info Hash: 2D0A58AC281F78D3727962D95C09C7F154AE8142<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 10-14-2020 07:29:11 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 25 | Info Hash: 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4<br>File Hash: 7B8624D944BEC47E9A8C32B8CB9AE8D1FBC0AF5A973F1969B4AA2275F1F454B8 | 10-14-2020 07:26:30 | Tushy | 07-20-2017 | 08-11-2017 | PA0002046869 |
| 26 | Info Hash: AC0797D21F42B3363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 10-12-2020 04:36:48 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 10-10-2020 18:19:22 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |